**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

| | | |
|---|---|---|
| In Re: | **Basirat Lawal** | Case No.: **24−57818−lrc**<br>Chapter: **7**<br>Judge: **Lisa Ritchey Craig** |
| | Debtor(s) | |

---

### NOTICE OF DEFICIENCY

You are hereby notified that Document # 24 filed on August 27, 2024, is deficient for the following reasons:

Missing Verification or Declaration concerning debtor's schedules as required by FRBP 1008.

Missing certificate of service as required by BLR 7005−1, FRBP 1009 or BLR 9007−2(d).

Missing Summary of Assets and Liabilities.

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 8/29/24

Vania S. Allen
Clerk of Court

By: Janet Camp
Deputy Clerk

Form 431 − Notice of deficiency 11−2020